## JOSEPHINE MILLER *v.* BOARD OF EDUCATION OF THE CITY OF BRIDGEPORT
### (AC 35261)

Sheldon, Keller and Harper, Js.

Argued September 11—officially released October 1, 2013

Per Curiam. The judgment is affirmed.

## EDDIE SCHMIDT *v.* COMMISSIONER OF CORRECTION
### (AC 34435)

DiPentima, C. J., and Lavine and Alvord, Js.

Submitted on briefs September 13—officially released October 1, 2013

Per Curiam. The appeal is dismissed.

## JAMES T. COSTELLO *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT
### (AC 35175)

DiPentima, C. J., and Lavine and Alvord, Js.

Submitted on briefs September 13—officially released October 1, 2013

Per Curiam. The judgment is affirmed.